```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
GREGORIO ZAPIEN-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00365 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION FOR DEFENDANT ZAPIEN-MENDOZA** |
| v. | |
| GREGORIO ZAPIEN-MENDOZA, et. al., | |
| Defendants. | |

## Stipulation

The government and defendant GREGORIO ZAPIEN-MENDOZA (hereafter "defendant"), through undersigned counsel, stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history category, for defendant prior to a change of plea. As such, the parties request that this Court make such an order. The criminal history for defendant is ambiguous and his criminal history cannot be determined with sufficient confidence to adequately advise the defendant of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category

1

would significantly aid in the settlement of this matter.

    The government has authorized the defense counsel for defendant to sign this stipulation on his behalf.

DATED: February 7, 2013          BENJAMIN WAGNER
                                United States Attorney

                            by    /s/ Scott N. Cameron, for
                                    Daniel McConkie
                                    Assistant U.S. Attorney

DATED: February 7, 2013
                            by    /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for
                                    Gregorio Zapien-Mendoza

### **Order**

    For the reasons stated in the above stipulation of counsel, the United States Probation Department is ordered to conduct a criminal history evaluation, and to determine the criminal history category, for defendant GREGORIO ZAPIEN-MENDOZA.

Dated:  February 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2