SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
GREGORIO ZAPIEN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>GREGORIO ZAPIEN-MENDOZA, et. al.,<br><br>              Defendants, | CASE NO. 11-CR-00365 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, GREGORIO ZAPIEN-MENDOZA, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for January 10, 2014, may be continued to February 21, 2014, at 9:30 a.m. Defendant ZAPIEN-MENDOZA desires the additional time requested to conduct investigation in preparation for written objections to the Preliminary Pre-sentence investigation report. The parties further stipulate that the schedule for objections may be modified as set forth below:

/ / /

/ / /

1

| | |
|---|---|
| Proposed Pre-Sentence Report Disclosed: | Completed |
| Written Objections to Probation Officer: | January 24, 2014 |
| Pre-Sentence Report Filed with the Court: | January 31, 2014 |
| Motion for Correction to PSR: | February 7, 2014 |
| Reply or Statement of Non-Opposition: | February 14, 2014 |

The United States Probation Department has been consulted about this continuance and has no objection.

The parties have reviewed this stipulation and proposed order and have authorized counsel for GREGORIO ZAPIEN- MENDOZA to sign and file it on their behalf.

IT IS SO STIPULATED.

DATED:   December 10, 2013   /s/Justin Lee
Justin Lee
Assistant United States Attorney

DATED:   December 10, 2013   /s/Scott Cameron
Scott Cameron
Attorney for Gregorio Zapien-Mendoza

**O R D E R**

IT IS SO ORDERED.

Dated: December 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2