SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
GREGORIO ZAPIEN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>GREGORIO ZAPIEN-MENDOZA, et. al.,<br><br>              Defendants, | CASE NO.  11-CR-00365 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, GREGORIO ZAPIEN-MENDOZA, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for February 21, 2014, may be continued to March 14, 2014, at 9:30 a.m.  Counsel for defendant ZAPIEN-MENDOZA recently received authorization for transcripts to be prepared which are relevant to the defendant's anticipated written objections to the Proposed Presentence Report.  The transcripts have been ordered and are in the process of being created.  As such, defendant desires the additional time requested to allow for the preparation of the transcripts.  The parties further stipulate that the schedule for objections may be modified as set forth below:

1

| | |
|---|---|
| Proposed Pre-Sentence Report Disclosed: | Completed |
| Written Objections to Probation Officer: | February 14, 2014 |
| Pre-Sentence Report Filed with the Court: | February 21, 2014 |
| Motion for Correction to PSR: | February 28, 2014 |
| Reply or Statement of Non-Opposition: | March 7, 2014 |
| Judgment and Sentencing: | March 14, 2014, at 9:30 a.m. |

The United States Probation Department has been consulted about this continuance and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for GREGORIO ZAPIEN- MENDOZA to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED: January 17, 2014     /s/Justin Lee
                            Justin Lee
                            Assistant United States Attorney

DATED: January 17, 2014     /s/Scott Cameron
                            Scott Cameron
                            Attorney for Gregorio Zapien-Mendoza

**O R D E R**

IT IS SO ORDERED.
Dated: January 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2